[No. 8552-6-II.  Division Two.  March 23, 1987.]

*In the Matter of the Marriage of* CAROL J. SAIMO, *Respondent, and* JAMES Y. SAIMO, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap

County, No. 83-3-01591-5, Leonard W. Kruse, J., entered February 6, 1985. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Reed, C.J., concurred in by Worswick and Alexander, JJ.